UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 Criminal Case No. 21-20233
                                                                Honorable Linda V. Parker

NORLAN LYNN CALHOUN,

    Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant is charged by Indictment in this matter with Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1). On March 25, 2021, Magistrate Judge Kimberly G. Altman ordered Defendant placed on locational monitoring and home detention pending trial. He now moves to modify his bond conditions, seeking a curfew rather than home detention. (ECF No. 24.) The Government opposes Defendant's motion. (ECF No. 26.) The Court held a motion hearing on September 1, 2021.

In support of his motion, Defendant argues that he has maintained his employment, reported to pretrial services as ordered, avoided contact with his ex-wife, has not used alcohol or illegal drugs, and has followed the requirements of home detention. Defendant contends that a modification of his release conditions

will enable him to accept overtime opportunities in his job as a truck driver, seek medical treatment more regularly to address his sickle cell anemia, and visit with his family.

The Government maintains—after speaking with Defendant's pretrial services officer—that Defendant's current conditions of release enable him to visit the doctor and work overtime if he provides sufficient notice.  The Government argues that home detention is needed to protect the community from Defendant, who has a violent criminal history.  Defendant's current conviction arises from a February 2021 incident where he shot up his estranged wife's vehicle after a dispute arose between them.  In January 2019, Defendant was arrested for assault with intent to do great bodily harm after shooting a friend during a party.

The Court concludes that home detention remains necessary to assure the safety of the community while Defendant awaits trial.  As Defendant observes, the Government is rehashing many of the same arguments regarding Defendant's past criminal conduct and behavior in response to his current motion that it asserted at the initial detention hearing.  However, that conduct and behavior justify why the current conditions have been imposed.  Circumstances have not changed to warrant a modification of those conditions.  At the motion hearing, Defendant's pretrial officer provided that Defendant has never requested and been denied the

opportunity to work overtime or see a doctor. Defendant also is not precluded from seeking permission to visit friends and family.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 24) is **DENIED**.

**IT IS SO ORDERED.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: September 2, 2021