UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                                        Criminal Case No. 21-20233
     v.                                  Honorable Linda V. Parker

NORLAN LYNN CALHOUN,
a/k/a LYNN CALHOUN,

      Defendant.
_____/

**<u>OPINION AND ORDER GRANTING GOVERNMENT'S MOTION FOR RECONSIDERATION/CLARIFICATION</u>**

On February 27, 2023, this Court issued a decision granting the Government's motion to introduce recorded statements made by Letitia McCall, in which Ms. McCall identified Defendant as the individual who shot at her vehicle. (ECF No. 71.)  The Court held that, if called as a witness at trial and subject to cross-examination, Ms. McCall's statement identifying Defendant as the shooter, is not hearsay and is admissible regardless of whether her trial testimony is consistent or inconsistent with her recorded statement.  In its decision, the Court focused on the statements by Ms. McCall during a 911 call; however, the Government also—and primarily—sought to introduce statements in which Ms. McCall identifies Defendant as the shooter, which were captured on an officer's body camera.  For

the same reasons the 911 call statements identifying Defendant as the shooter are admissible, so too are the statements recorded on the body camera.

Accordingly,

**IT IS ORDERED** that the Government's Motion for Reconsideration/Clarification (ECF No. 72) is **GRANTED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 1, 2023